OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

$ 00.40⁶
0006557456    MAR 20 2015
MAILED FROM WR-77,402-47

3/18/2015

HARPER, DARRELL    Tr. Ct. No. D-1-DC-11-904087-TT
On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

DARRELL HARPER
- TDC # 1957729

21 F.M. 241
Huntsville, TX 77320